NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LAKEW FELEKE,**
*Petitioner*

**v.**

**NATIONAL LABOR RELATIONS BOARD,**
*Respondent*

2025-1340

Appeal from the National Labor Relations Board in No. 27-CA-348313.

**ON MOTION**

Before DYK, PROST, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Lakew Feleke appeals a decision of the National Labor Relations Board (NLRB) Office of General Counsel (OGC) declining to bring an unfair labor practice complaint. ECF No. 1-2 at 2; ECF No. 8-1. In response to the court's show cause order, the NLRB urges dismissal of this appeal. Mr. Feleke has not responded to the show cause order.

This court's limited jurisdiction does not include review of decisions of the NLRB or its OGC. *See* 28 U.S.C. § 1295. While we may transfer under 28 U.S.C. § 1631 to another court where the appeal could have been brought if it is in the interest of justice, we see no basis to do so here. The regional circuits have jurisdiction over an appeal from a "final order" of the Board, *see* 29 U.S.C. § 160(f), but generally "the General Counsel's approval of a determination not to file an unfair labor practice complaint is not subject to judicial review," *NLRB v. United Food & Comm. Workers Union, Local 23, AFL-CIO*, 484 U.S. 112, 122–23 (1987) (citations omitted). Given that general bar on review and Mr. Feleke's failure to point to any exception that would allow review in a transferee court, we dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 18, 2025
Date